FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG -3 AM II: 13

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JASON LAMAR KING,

    Plaintiff,

v.

CIVIL ACTION NO.: CV507-028

RONNIE McQUAIG, Sheriff;
Lt. H. GUINN, JR. Jail Administrator;
Nurse ALLEN; Officer LEE;
Nurse CINDY; Dr. JOHN DOE,
and Dr. WROBEL,

    Defendants.

## ORDER

Plaintiff, seeking to proceed *in forma pauperis*, submitted to the Court for filing a complaint brought pursuant to 42 U.S.C. § 1983. By Order dated March 26, 2007, Plaintiff was advised of the changes in procedures for filing and litigating prison civil rights suits brought about by the Prison Litigation Reform Act. In that same Order, Plaintiff was granted leave to proceed *in forma pauperis*, and instructed to sign and return the Consent to Collection of Fees from his Trust Account and the Prisoner Trust Fund Account Statement. On April 13, 2007, Plaintiff advised that he was no longer incarcerated and provided the Clerk with a new address. In an Order dated April 16, 2007, Plaintiff was directed to complete and return the financial affidavit within twenty (20) days of the date of that Order. On May 15, 2007, Plaintiff telephoned the Clerk stating that, because of mandatory evacuation due to the wildfires, he needed an extension of time to respond to the Court's Order. In an Order dated July 5, 2007, Plaintiff was again directed to complete a financial affidavit and return it to the

Court within twenty (20) days. He was instructed that his failure to timely return the financial affidavit might result in the dismissal of this action.

Plaintiff has failed to respond to that July 5, 2007, Order. Accordingly, as set forth in said Order, this action is **DISMISSED**, without prejudice.

SO ORDERED, this 3RD day of August, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)